# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **ANGEL DELGADO INOSTROZA** <br><br> Debtor(s) | CASE NO: **16-07226-BKT** <br><br> Chapter 13 |

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO ARISTIDES FIGUEROA COLON\***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$242.00**    Outstanding (Through the Plan): **$2,758.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☒ Under   ☐ Above Median Income        Liquidation Value: $**$3,457.00**

Commitment Period is   ☒ 36 months  ☐ 60 months §1325(b)(1)(B)    General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Sep 09, 2016  (Dkt  2)    Plan Base: **$12,600.00**

The Trustee:   ☒ **DOES NOT OBJECT**   ☐ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: **24 %**

---

**\*OTHER COMMENTS / OBJECTIONS**

NONE.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.              Date: November 15, 2016
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 10    Last Claim Verified: 4    CMC: RC